IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02429-WDM-MJW

CHEVRON USA INC.,

      Plaintiff,

v.

GREGORY D. TIMM,
CARY L. CARPENTER,
AND ALLEN VAN WYHE,

      Defendants.

_____

## ORDER OF RECUSAL
_____

      Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because a member of his family is a partner in Holland & Hart, attorneys for one or more of the parties, and directs that this case be returned to the Clerk for reassignment by random draw.

      DATED at Denver, Colorado, on October 15, 2009.

                  BY THE COURT:


                  s/ Walker D. Miller
                  United States Senior District Judge

PDF FINAL