IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02429-REB-MJW

CHEVRON  U.S.A.  INC.,

Plaintiff,

v.

GREGORY D.  TIMM, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant Gregory D. Timm's Request for Reconsideration of Order Denying Request of Gregory D. Timm to Appear Telephonically at Scheduling Conference (Docket No. 46) is granted, and the Motion to Appear Telephonically at Scheduling Conference (Docket No. 40) is now granted.

     Mr. Timm shall telephone the court at (303) 844-2403 for the scheduling conference on January 11, 2010, at 8:30 a.m. Mountain Time.  In addition, if Mr. Geditz, counsel for the other two defendants, has no objection, Mr. Timm, may, if necessary, communicate with Mr. Geditz electronically during the scheduling conference if Mr. Timm is unable to speak at any point during the scheduling conference.

Date:  January 7, 2010