IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02429-REB-MJW

CHEVRON U.S.A. INC.,

Plaintiff(s),

v.

GREGORY D. TIMM, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that 11500 Lessee, LLC a Colorado limited liability company's Motion to Intervene as Third Party Plaintiff (docket no. 55) is DENIED for failure to comply with Fed. R. Civ. P. 24(c). A motion to intervene "must... be accompanied by a pleading that sets out the claim or defense for which intervention is sought."

Date: March 15, 2010