# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-02429-REB-MJW

CHEVRON U.S.A. INC., a Pennsylvania corporation,

    Plaintiff,

v.

GREGORY D. TIMM, a Colorado resident,
CARY L. CARPENTER, a Colorado resident, and
ALLEN VAN WYHE, a Colorado resident,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the portion of **Defendant's Motion To Compel Production of Documents, Motion For Enlargement of Time and Motion For Continuance of Jury Trial** [#67] filed August 4, 2010, that requests a continuance of the jury trial. U.S. Magistrate Judge Michael J. Watanabe entered a **Minute Order** [#70] August 18, 2010, denying the motion compelling the production of documents. Based on Judge Watanabe's ruling, this court concludes that the request for a continuance of the jury trial should be denied.

    **THEREFORE, IT IS ORDERED** that the portion of **Defendant's Motion To Compel Production of Documents, Motion For Enlargement of Time and Motion For Continuance of Jury Trial** [#67] filed August 4, 2010, that requests a continuance of the jury trial, is **DENIED**.

    Dated: August 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.