# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-02429-REB-MJW

CHEVRON U.S.A. INC., a Pennsylvania corporation,

    Plaintiff,

v.

GREGORY D. TIMM, a Colorado resident,
CARY L. CARPENTER, a Colorado resident, and
ALLEN VAN WYHE, a Colorado resident,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte*. In light of Judge Watanabe's ruling [#93] entered September 13, 2010, declining to extend the deadlines in this case, defendant Timm's **Second Motion To Compel Production of Documents, Motion For Enlargement of Time and Motion For Continuance of Jury Trial** [#80] filed August 21, 2010, is **DENIED**, insofar as it seeks to continue the trial.

    Dated: September 14, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.