IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-02429-REB-MJW

CHEVRON U.S.A. INC.,

Plaintiff,

v.

GREGORY D. TIMM,
CARY L. CARPENTER, and
ALLEN VAN WYHE,

Defendants.

GREGORY D. TIMM,

Third-Party Plaintiff,

v.

CHEVRON TCI, INC.,

Third-Party Defendant.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that Pro Se Defendant Gregory D. Timm's Request to Vacate Contempt Hearing (docket no. 104) is DENIED. However, the court will allow Mr. Timm to participate at the Show Cause Hearing on October 14, 2010, at 9:00 a.m. by telephone. Mr. Timm shall call the court on October 14, 2010, at 9:00 a.m. at (303) 844-2403. It appears that Mr. Timm was able to file the subject motion with the court and there is no indication that he could not participate by telephone at the Show Cause

Hearing and there is no indication that if Mr. Timm participated by telephone that his health would be compromised.

Date: October 12, 2010

_____